# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, *as subrogee of* KEVIN WHITE, JENNIFER WHITE, AND CAROLYN WHITE,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 4:24-CR-01217<br><br>(Chief Judge Brann) |

## ORDER

### MARCH 25, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant United States of America's Motion to Dismiss And/Or For Summary Judgment (Doc. 5) is **GRANTED IN PART**:

   a. Allegations in the Complaint (Doc. 1) **SHALL BE STRICKEN** in accordance with the Memorandum Opinion;

   b. Plaintiff Travelers Home and Marine Insurance Company shall file an Amended Complaint no later than April 8, 2025; and

    c.    Defendant United States of America's Motion to Dismiss And/Or For Summary Judgment (Doc. 5) is **OTHERWISE DENIED WITHOUT PREJUDICE**.

    BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge